<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6017**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ALFRED LEE DAY,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (CR-98-15-R, CA-01-662-7)

———————

Submitted:  February 20, 2003        Decided:  February 28, 2003

———————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alfred Lee Day, Appellant Pro Se.  Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Alfred Lee Day seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Day has not made a substantial showing of the denial of a constitutional right.  <u>See</u> <u>United States v. Day</u>, Nos. CR-98-15-R; CA-01-662-7 (W.D. Va. Nov. 1, 2002).  Accordingly, we deny a certificate of appealability and dismiss the appeal.  <u>See</u> 28 U.S.C. § 2253(c) (2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2